UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 08-523 DOC(RNBx)                                                         Date: May 7, 2009

Title: RUTH MACEACHERN, ET AL. V. CITY OF MANHATTAN BEACH, ET AL.

DOCKET ENTRY
[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
                                                                                Date:_____ Deputy Clerk: _____

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Kristee Hopkins | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                                           NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE FAILURE TO FILE AN OPPOSITION TO SUMMARY JUDGMENT

On April 27, 2009, Defendants in this matter filed a Motion for Summary Judgment, and set a hearing on the matter for May 18, 2009. Remaining Plaintiff Ruth Maceachern's Opposition was due by May 4, 2009. As of yet, Plaintiff has failed to file an opposition. Accordingly, she is hereby ORDERED TO SHOW CAUSE within fourteen (14) days why she has failed to file an opposition and to file an opposition. The May 18, 2009 hearing for this matter is hereby taken off calendar. The matter will be re-set pending Plaintiff's response (or failure to respond) to this order.

The Clerk shall serve this minute order on all parties to the action.