DAVID D. LAWRENCE, State Bar No. 123039
dlawrence@lbaclaw.com
NATHAN A. OYSTER, State Bar No. 225307
noyster@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
A Professional Corporation
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
CITY OF MANHATTAN BEACH, MANHATTAN BEACH
POLICE DEPARTMENT, and KRISTOPHER THOMPSON

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MACEACHERN, et al, | Case No. SACV 08-0523 DOC (RNBx) |
| Plaintiffs, | Hon. David O. Carter |
| vs. | |
| | **JUDGMENT** |
| CITY OF MANHATTAN BEACH, et al, | *[Motion for Summary Judgment, Separate Statement of Uncontroverted Facts and Conclusions of Law, and Declarations filed concurrently herewith]* |
| Defendants. | |

The Court having entered an Order granting the motion for summary judgment by Defendants CITY OF MANHATTAN BEACH, MANHATTAN BEACH POLICE DEPARTMENT, and KRISTOPHER THOMPSON (hereinafter "Defendants") and dismissing with prejudice all claims brought by Plaintiff RUTH MACEACHERN (hereinafter "Plaintiff"):

///
///
///
///

1

IT IS ORDERED AND ADJUDGED that judgment be entered on all claims in favor of Defendants and against Plaintiff, and that the moving Defendants shall be entitled to costs of suit as determined by the Clerk.

Dated: June 8, 2009

_____
Honorable David O. Carter
United States District Court Judge